UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SONIA GARCIA,

    Plaintiff,

v.                                        Case No.  6:14-cv-255-Orl-36TBS

WAL-MART STORES EAST, LP, a foreign
corporation,

    Defendant.
_____/

## ORDER

This case comes before the Court on Plaintiff's Motion to Remand (Doc. 8). The motion does not contain the certificate required by M.D. FLA. Rule 3.01(g). See, Martin v. City of Daytona Beach, No. 6:08-cv-1839-Orl-31DAB, 2008 WL 4938347 *1 (M.D. Fla.); Faucett v. Busch Entertainment Corp., No. 8:07-cv-1860-T-30TGW, 2007 WL 3047135 *1 (M.D. Fla.).  Accordingly, the motion is DENIED without prejudice.

DONE AND ORDERED in Orlando, Florida, on February 19, 2014.

*[signature]*

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel