UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SONIA GARCIA,**

      **Plaintiff,**

v.                                         **Case No:  6:14-cv-255-Orl-36TBS**

**WAL-MART STORES EAST, L.P. a foreign corporation,**

      **Defendant.**
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas B. Smith on March 14, 2014 (Doc. 18).  Magistrate Judge Smith recommends that Plaintiff's Motion to Remand (Doc. 11) be denied.  Neither party has objected to the Report and Recommendation and the time to do so has expired.

After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED** as follows:

(1)    The Report and Recommendation of the Magistrate Judge (Doc. 18) is **ADOPTED, CONFIRMED,** and **APPROVED** in all respects and is made a part of this Order for all purposes, including appellate review.

(2)    The Plaintiff's Motion to Remand and Memorandum of Law in Support (Doc. 11) is **DENIED**.

**DONE** and **ORDERED** at Orlando, Florida on April 3, 2014.

*[signature: Charlene Edwards Honeywell]*
Charlene Edwards Honeywell
United States District Judge

**Copies furnished to:**
Counsel of Record
U.S. Magistrate Judge Thomas B. Smith